# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

SHEILA J.,

_____

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

_____

*Defendant*

)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jun 19, 2019

SEAN F. McAVOY, CLERK

Civil Action No.   1:18-cv-03157-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's Motion for Summary Judgment, ECF No. 13, is GRANTED, IN PART.
Defendant's Motion for Summary Judgment, ECF No. 17, is DENIED.
Judgment is entered for the Plaintiff.

This action was *(check one)*:

❐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge _____ JOHN T. RODGERS _____ on a motion for
summary judgment.

Date:  6/19/2019
_____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Tonia Ramirez
_____
*(By) Deputy Clerk*

Tonia Ramirez
_____